RECEIVED

JUN 2 6 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| KAUNDA L. MAGEE (#331818), Plaintiff | CIVIL ACTION NO. 1:18-CV-328; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CONCORDIA PARISH CORRECTIONAL, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Magee's claims be DENIED and DISMISSED under §§ 1915(e)(2)(b) and 1915A, with prejudice to being asserted again until the conditions set forth in Heck v. Humphrey, 512 U.S. 477 (1994), have been met. See DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007); Johnson v. McElveen, 101 F.3d 423, 424 (5th Cir. 1996).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25th day of June, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE